JS-6

John B. Sganga, Jr. (SBN 116,211)
john.sganga@kmob.com
Steven J. Nataupsky (SBN 155,913)
steven.nataupsky@kmob.com
Lynda J. Zadra-Symes (SBN 156,511)
ljs@kmob.com
Abraham W. Chuang (SBN 217,320)
achuang@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone:    (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HANSEN BEVERAGE COMPANY.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| HANSEN BEVERAGE COMPANY, a Delaware corporation, d/b/a MONSTER BEVERAGE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ARCTIC FX GRAPHICS LLC, a Michigan limited liability company,<br><br>  Defendant. | Case No.: CV09-1571 GAF(CWx)<br><br>Hon. Gary A. Feess<br><br>**STIPULATED FINAL JUDGMENT AND DISMISSAL ORDER THEREON** |

The Court being advised of the premises, and upon consent of all the parties in accordance with this Stipulated Final Judgment, it is hereby ORDERED that:

1. This Court has jurisdiction over the parties and over the causes of action asserted in this action. Venue is proper in this judicial district.

2. The following federal trademarks owned by Hansen Beverage Company are valid and enforceable (hereinafter "MONSTER Marks"):

Registration No. 3,044,315 for the mark MONSTER ENERGY

Registration No. 3,044,314 for the mark M MONSTER ENERGY

Registration No. 3,057,061 for the mark MONSTER ENERGY

Registration No. 3,134,842 for the mark M MONSTER ENERGY

Registration No. 2,903,214 for the design mark ⓜ

Registration No. 3,434,822 for the design mark ⓜ

Registration No. 3,434,821 for the design mark ⓜ

Registration No. 3,134,841 for the mark ⓜ

3. In addition, Hansen is the owner of the trade dress in the overall appearance of the packaging design shown below (hereinafter "MONSTER Trade Dress"):



-1-

4. The MONSTER Trade Dress is valid and enforceable.

5. Defendant, its parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are hereby enjoined from manufacturing, distributing, shipping, advertising, marketing, promoting, transferring, selling, or offering to sell any products that either: (a) use the MONSTER Marks; or (b) use marks that are confusingly similar to the MONSTER Marks.

6. Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are hereby enjoined from manufacturing, distributing, shipping, advertising, marketing, promoting, transferring, selling or offering to sell any products that either: (a) use or bear the MONSTER Trade Dress; or (b) use or bear an overall appearance confusingly similar to the MONSTER Trade Dress.

7. Defendants, their parents, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order shall refrain from representing that any of the products they manufacture or distribute are made by, authorized by, or otherwise affiliated with Hansen Beverage Company or Monster Beverage Company, or from otherwise unfairly competing with Hansen and/or its subsidiaries in any manner whatsoever.

8. This is a final judgment. All claims are dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /

1  9. The Court shall retain jurisdiction over the parties to enforce this
2  Stipulated Final Judgment.
3  **IT IS SO STIPULATED.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 2, 2009          By:   /s/
                                    John B. Sganga, Jr.
                                    Steven J. Nataupsky
                                    Lynda J. Zadra-Symes
                                    Abraham W. Chuang

Attorneys for Plaintiff,
HANSEN BEVERAGE COMPANY


ARCTIC FX GRAPHICS LLC


Dated: April 2, 2009          By:   /s/


**IT IS SO ORDERED.**


Dated: April 3, 2009          _____
                              Hon. Gary A. Feess
                              United States District Court Judge

6814362_1
031609

-3-